# Exhibit 1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### AT BECKLEY

**BLACKBERRY BOTANICALS dba**
**BLACKBERRY SPRINGS FARM,**
**NEAL LAFERRIERE,**
**ELIZABETH LAFERRIERE,**
**ION MOCCO,**
**A.L., a minor,**           **Civil Action No.: 5:19-cv-00182**
**A.L., a minor,**           **Judge Frank W. Volk**
**N.L.II, a minor,**
**Through their parents and next of friends and**
**MATTHEW P. HALE**

    **Plaintiffs,**

  v.

**EQUITRANS MIDSTREAM CORPORATION,**
**MOUNTAIN VALLEY PIPELINE, LLC,**
**US TRINITY ENERGY SERVICES, LLC**
**SWANSON GROUP AVIATION, LLC, and**
**AG MAX, LLC,**

    **Defendants.**

## ORDER GRANTING MOTION TO EXCUSE SPONSORING ATTORNEY

The Court has reviewed and considered Defendant's Motion and **GRANTS**, in part, the relief sought.  Attorney Williams may appear in any and all proceedings as he complied with this Court's Visiting Attorney requirements.  Local counsel is excused from attending proceedings in which Attorney Williams appears except that Local counsel is required to attend all hearings, arguments, conferences, and trial, with or in lieu of Attorney Williams.  This Court prefers Local Counsel's participation in matters involving court appearances.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER:

_____
Judge Frank W. Volk

11599368.1