IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

**BLACKBERRY BOTANICALS dba**
**BLACKBERRY SPRINGS FARM,**
**NEAL LAFERRIERE,**
**ELIZABETH LAFERRIERE,**
**ION MOCCO,**
**A.L., a minor,**
**A.L., a minor,**
**N.L. II, a minor,**
**Through their parents and next of friends and**
**MATTHEW P. HALE,**

    **Plaintiffs,**

v.　　　　　　　　　　　　　　　　　　　　　Civil Action No. **5:19-cv-00182**

**EQUITRANS MIDSTREAM CORPORATION,**
**MOUNTAIN VALLEY PIPELINE, LLC,**
**US TRINITY ENERGY SERVICES, LLC,**
**SWANSON GROUP AVIATION, LLC, and**
**AG MAX, LLC,**

    **Defendants.**

## O R D E R

**COME NOW** Plaintiffs Neal and Elizabeth Laferriere, as biological parents and next friends for minor Plaintiffs A.L., A.L. & N.L. II and filed a Petition with the Court for the approval of tort claim settlements with Defendants Equitrans Midstream Corporation, Mountain Valley Pipeline, LLC, US Trinity Energy Services, LLC, Swanson Group Aviation, LLC and Ag-Max, LLC on behalf of minor Plaintiffs A.L., A.L. & N.L. II.

    The Court does hereby appoint   __Michael R. Whitt__  , as guardian *ad litem* for minor Plaintiff A.L. in order to protect the interests of this minor.

    The Court does hereby appoint   __Michael R. Whitt__  , as guardian *ad litem* for minor Plaintiff A.L. in order to protect the interests of this minor.

    The Court does hereby appoint   __Michael R. Whitt__  , as guardian

*ad litem* for minor Plaintiff N.L. II in order to protect the interests of this minor.<sup>*</sup>

Further, the Court **ORDERS** that this matter be set for a hearing on   May 15, 2020   , at   10:00 a.m.   , at   with counsel and parties calling 888-273-3658, access code 1039652  .

The Clerk is **ORDERED** to send certified copies of this Order to all counsel of record.

Having reviewed said Petition, the Court hereby **ORDERS** that said Petition and this Order be entered on this the   9th   day of         April        , 2020.



Frank W. Volk
United States District Judge

---

\* The Court perceives no conflict arising from the joint representation of the minor plaintiffs by Mr. Whitt. If counsel or Mr. Whitt detect otherwise, they must notice the Court forthwith and, in no event, less than ten (10) days prior to the forthcoming hearing. Additionally, counsel have not shown cause justifying the sealing of the Petition. Counsel may show cause in writing no later than April 25, 2020. The Petition is provisionally filed under seal. If no writing supporting the seal is filed, the Court will order the Petition unsealed on April 26, 2020.