IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT BECKLEY

BLACKBERRY BOTANICALS dba
BLACKBERRY SPRINGS FARM,
NEAL LAFERRIERE,
ELIZABETH LAFERRIERE,
ION MOCCO,
A.L., a minor,
A.L., a minor,
N.L. II, a minor,
Through their parents and next of friends and
MATTHEW P. HALE,

    Plaintiffs,

v.                                            Civil Action No. 5:19-cv-00182

EQUITRANS MIDSTREAM CORPORATION,
MOUNTAIN VALLEY PIPELINE, LLC,
US TRINITY ENERGY SERVICES, LLC,
SWANSON GROUP AVIATION, LLC, and
AG MAX, LLC,

    Defendants.

## ORDER

For reasons appearing to the Court, the previously scheduled telephonic proceeding for May 15, 2020, at 10:00 a.m. is **CONTINUED** to **May 22, 2020 at 11:00 a.m.** The call information is as follows: 888-273-3658.  The access code is 1039652.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented parties.

ENTER:      May 15, 2020

*Frank W. Volk*
Frank W. Volk
United States District Judge