# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Beckley
Date: 5/15/2020                                                                                          Case Number 5:19-cv-00182
Case Style: Blackberry Botanicals vs. Equitrans Midstream Corporation
Type of hearing Telephonic Summary Proceeding
Before the honorable: 2517-Volk
Court Reporter Lisa Cook                                                                 Courtroom Deputy Sydney Whittington
Attorney(s) for the Plaintiff or Government David Barney, Anna Ziegler, Elise Keaton


Attorney(s) for the Defendant(s) Jason Hammond, Shanna Brown, Keith Whitson


Law Clerk Jade Hamilton                                                                  Probation Officer

Trial Time


Non-Trial Time
Other non-evidentiary hearing. Type: Telephonic Summary Proceeding


Court Time
11:01 am   to 11:29 am
Total Court Time: 0 Hours 28 Minutes Non-Trial Time/Uncontested Time


Courtroom Notes
Scheduled Start 11:00 a.m.
Actual Start 11:01 a.m.

Counsel note appearances on the record.
Parties present for an infant summary proceeding.
Plaintiff calls Neal Laferriere; oath given.
Direct by David Barney.
Cross by Jason Hammond.
Oath given to Elizabeth Laferriere. The Court addresses its questions.
Michael Whitt, as guardian ad litem, summarizes his answer.
Court finds proposed settlement to be in the best interest of the infants.
Guardian ad litem fee is addressed.
Court recessed at 11:29 a.m.